

One World Trade Center, Suite 8500
New York, NY 10007
212-517-1985

www.chintafratangelo.com

PADMAJA CHINTA
PHONE: 212-517-1985
PCHINTA@CHINTAFRATANGELO.COM

November 27, 2023

<u>Via ECF</u>
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *BTL Industries, Inc. v. Bioskin Laser LLC et al*– 1:23-cv-09104-LGS-BCM

Dear Judge Schofiled:

  We represent plaintiff BTL Industries Inc in the above referenced patent and trademark infringement action. We write pursuant to Rule I (B)(3) of the Court's Individual Practices in Civil Cases, to report that defendants Bioskin Laser LLC, Bioskin Laser II LLC, and Santa Cohen (collectively "Defendants") have yet to appear in this action. Therefore, BTL Industries respectfully requests that the Initial Pretrial Conference scheduled for December 6, 2023 at 4:10p.m. be adjourned *sine die*, and that the date for the parties' submission of a proposed Case Management Plan and Scheduling Order and joint letter be also adjusted accordingly. This is the first request for adjournment

  We further note that all Defendants were served on October 20, 2023 and have not answered or otherwise responded to the Complaint till date. BTL Industries intends to obtain Clerk's Certificates of Default and seek a default judgement, pursuant to the Default Judgment Procedure set out in the Court's Individual Practices. We thank the Court for its consideration

Respectfully,

Chinta & Fratangelo LLP

By: *Pchinta*
_____
Padmaja Chinta
*Attorneys for Plaintiff*

Application **GRANTED.**  The conference scheduled for December 6, 2023, is **CANCELLED** pending consideration of Plaintiff's forthcoming motion for default judgment. Plaintiff shall file its default judgment papers by **January 5, 2024**.

Dated: November 29, 2023
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE