USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  05/28/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BTL INDUSTRIES, INC.,

                Plaintiff,

    -against-

BIOSKIN LASER LLC, et al.,

                Defendants.

23-CV-9104 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    I am in receipt of plaintiff's letter (Dkt. 52) requesting an update on the status of the pending damages inquest. It is my practice to conduct damages inquests in the order in which they are received. I expect to issue a report and recommendation in this matter in the third quarter of 2026.

Dated:  New York, New York
        May 28, 2026           **SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**