UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BTL INDUSTRIES, INC., Plaintiff, -against- BIOSKIN LASER LLC et al., Defendants. | 23 Civ. 9104 (LGS) ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff BTL Industries, Inc. ("BTL") commenced this action against Defendants Bioskin Laser LLC, Bioskin Laser II LLC and their owner, Santa Cohen, for patent infringement, trademark infringement and unfair competition, alleging that they offered a counterfeit version of Plaintiff's device.

WHEREAS, Defendants failed to appear in the action. On March 22, 2024, default judgment was entered against Defendants, and the matter was referred to Magistrate Judge Moses for a damages inquest.

WHEREAS, on June 25, 2024, at BTL's request, Judge Moses limited the damages inquest to statutory damages for trademark infringement under the Lanham Act, 15 U.S.C. § 1117(c).

WHEREAS, on August 4, 2026, Judge Moses issued a Report and Recommendation (the "Report") recommending that judgment be entered awarding BTL a total of $100,000 in statutory damages under the Lanham Act as well as post-judgment interest at the federal statutory rate pursuant to 28 U.S.C. § 1961.

WHEREAS, as stated in the Report, the deadline for any objections was fourteen days from service of the Report.

WHEREAS, no objections were timely filed.

WHEREAS, in reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "When there is no timely objection by either party, the district court may accept the report and recommendation if there is no clear error on the face of the record." *Rossen v. St David's Sch.*, No. 25 Civ. 4042, 2026 WL 2731660, at *2 (S.D.N.Y. Sep. 16, 2026) (internal quotation marks omitted).

WHEREAS, the Court finds no clear error on the face of the record as to Judge Moses's recommendations. It is hereby

**ORDERED and ADJUDGED** that the Report is **ADOPTED in full**, for the reasons stated in the Report.

The Clerk of Court is respectfully directed to close the case.

Dated: October 16, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**