**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BTL INDUSTRIES, INC.,

Plaintiff,

23 **CIVIL** 9104 (LGS)

-against-

**JUDGMENT**

BIOSKIN LASER LLC et al.,

Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 16, 2026, the Report is **ADOPTED** in full. Judgment is entered awarding BTL a total of $100,000 in statutory damages under the Lanham Act as well as post-judgment interest at the federal statutory rate pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
October 21, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**